IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLIA
SOUTHERN DIVISION
IN ADMIRALTY
7:21-CV-00135-D

| | |
|---|---|
| KELLI S. BARNES AND CHRISTOPHER C. SMITH, ADMINISTRATORS OF THE ESTATE OF GARRETT SMITH, DECEASED,<br>Plaintiffs,<br><br>Vs.<br><br>MATTHEW FERSTER, JUSTIN SPIVEY, TRAVIS REED SUGGS, AND PAMELA SUGGS<br>Defendants. | **ENTRY OF DEFAULT** |

It appearing to the Court that Defendant Pamela Suggs has failed to plead or are otherwise subject to default judgment;

It further appearing to the Court that Plaintiffs are entitled to Entry of Default;

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that default is hereby entered against Defendant Pamela Suggs.

This the 5 day of October, 2021.

_____
Peter A. Moore, Jr., Clerk
U.S. District Court for the Eastern District of North Carolina