IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLIA
SOUTHERN DIVISION
IN ADMIRALTY
7:21-CV-00135-D

| | | |
|---|---|---|
| KELLI S. BARNES AND | ) | |
| CHRISTOPHER C. SMITH, | ) | |
| ADMINISTRATORS | ) | |
| OF THE ESTATE OF GARRETT SMITH, | ) | |
| DECEASED, | ) | |
|     Plaintiffs, | ) | **ENTRY OF DEFAULT** |
| | ) | |
| Vs. | ) | |
| | ) | |
| | ) | |
| MATTHEW FERSTER, JUSTIN SPIVEY, | ) | |
| TRAVIS REED SUGGS, AND PAMELA | ) | |
| SUGGS | ) | |
|     Defendants. | ) | |

It appearing to the Court that Defendant Travis Reed Suggs has failed to plead

or is otherwise subject to default judgment;

It further appearing to the Court that Plaintiffs are entitled to Entry of

Default;

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that

default is hereby entered against Defendant Travis Reed Suggs.

This the _5_ day of October, 2021.

Peter A. Moore, Jr., Clerk
U.S. District Court for the Eastern District of
North Carolina