IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
IN ADMIRALTY

| | |
|---|---|
| KELLI S. BARNES and CHRISTOPER C. SMITH, ADMINISTRATORS OF THE ESTATE OF GARRETT SMITH, DECEASED,<br><br>         Plaintiffs,<br><br>vs.<br><br>MATTHEW FERSTER, JUSTIN SPIVEY, TRAVIS REED SUGGS, and PAMELA SUGGS,<br><br>         Defendants. | Civil Case No. 7:21-cv-00135-D |
| KELLI S. BARNES and CHRISTOPER C. SMITH, ADMINISTRATORS OF THE ESTATE OF GARRETT SMITH, DECEASED,<br><br>         Plaintiffs,<br><br>vs.<br><br>FERSTER ELECTRIC, LLC,<br><br>         Defendant. | Civil Case No. 7:22-cv-00045-D |
| JAN BRITT LYNN, ADMINISTRATRIX OF THE ESTATE OF MEGAN ALLISON LYNN,<br><br>         Plaintiff,<br><br>vs.<br><br>MATTHEW FERSTER, JUSTIN SPIVEY, TRAVIS REED SUGGS, and PAMELA SUGGS,<br><br>         Defendants. | Civil Case No. 7:22-cv-00031-D |

| | |
|---|---|
| JAN BRITT LYNN, ADMINISTRATRIX OF THE ESTATE OF MEGAN ALLISON LYNN,<br><br>                Plaintiff,<br><br>vs.<br><br>FERSTER ELECTRIC, LLC<br><br>                Defendant. | Civil Case No. 7:22-cv-00047-D |
| MADISYN ELIZABETH REYNOLDS, ADMINISTRATOR OF THE ESTATE OF JENNIFER ELIZABETH HAYES,<br><br>                Plaintiff,<br><br>vs.<br><br>MATTHEW FERSTER, JUSTIN SPIVEY, TRAVIS REED SUGGS, and PAMELA SUGGS, and FERSTER ELECTRIC, LLC,<br><br>                Defendants. | Civil Case No. 7:22-cv-00049-D |

**ORDER GRANTING JOINT MOTION TO CONSOLIDATE DISCOVERY**

THIS MATTER before the Court on Plaintiffs Joint Motion to Consolidate Discovery [DE 43] for Case Numbers 7:21-cv-00135-D, 7:22-cv-00031-D, 7:22-cv-00049-D, 7:22-cv-00047-D and 7:22-cv-00045-D pending before this Court.

**THE COURT,** having considered the Motion, finds that good cause exists to **GRANT** the Motion.

**NOW, THEREFORE,** it is hereby **ORDERED** that:

1. The Motion is **GRANTED**;
2. Discovery for all referenced case numbers within the Motion shall be consolidated;

3. The current Scheduling Orders for all referenced case numbers within the Motion shall be disregarded; and,

4. A new Scheduling Order shall be entered for all referenced case numbers to reflect the consolidation of discovery.

This the _5_ day of _May_, 2022.

                                                          JAMES C. DEVER III
                                                        United States District Judge