IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLIA
SOUTHERN DIVISION
IN ADMIRALTY
7:21-CV-00135-D

KELLI S. BARNES AND CHRISTOPHER )
C. SMITH, ADMINISTRATORS OF THE )
ESTATE OF GARRETT SMITH, )
DECEASED, )
                 )
         Plaintiffs, )
                 )
Vs. )
                 )
MATTHEW FERSTER, JUSTIN SPIVEY, )
TRAVIS REED SUGGS AND PAMELA )
SUGGS, )
         Defendants. )

### ORDER GRANTING PLAINTIFFS' MOTION TO SUBMIT
### THEIR REPORT FROM THEIR RETAINED ECONOMIC EXPERT

THIS CAUSE coming on before the Court upon Plaintiffs' Motion to Submit their Report from their Retained Economic Expert, and

It appearing to the Court that good cause exists to grant Plaintiffs' Motion and that Defendants' counsel do not object to the Motion.

IT IS, THEREFORE, ORDERED, that Plaintiffs shall be allowed to submit their report from their retained Economic Expert *nunc pro tunc* as timely filed.

SO ORDERED. This 27 day of March, 2023.


                            JAMES C. DEVER III
                            United States District Judge